**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS PEREDA-MASSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING LLC,<br><br>Defendant. | Civil Action No. Action No. 2:21-cv-19117-MCA-JSA<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed by Plaintiff with prejudice against all defendants, and that the claims on behalf of the putative class are dismissed without prejudice.

Dated:  May 12, 2023          By: s/ Lawrence C. Hersh
                                                    Lawrence C. Hersh, Esq.
                                                    *Attorney for Plaintiff*

Dated:  May 12, 2023          By:  s/Han Sheng Berh
                                                    Han Sheng Beh, Esq.
                                                    Hinshaw & Culbertson, LLP
                                                    *Attorneys for Defendant*

                                                    SO ORDERED

                                                    _s/Madeline Cox Arleo_
                                                    MADELINE COX ARLEO, U.S.D.J.

                                                    Date: 5/15/23